# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: E.I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION**

Case No. 2:13-md-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

**This document relates to:**

*Swartz, et al. v. E. I. du Pont de Nemours and Company, et al.*, Case No. 2:18-cv-0136

*Travis Abbott and Julie Abbott v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-998

## EVIDENTIARY MOTIONS ORDER NO. 35

### Defendant's Motion to Exclude Expert Opinions Related to Corporate Conduct

This matter is before the Court Defendant's Preservation Motion to Exclude Plaintiffs' Corporate Conduct Experts (ECF No. 5239), Plaintiffs' Memorandum in Opposition to Defendant's Motion (ECF No. 5243), and Defendant's Reply in Support of its Motion (ECF No. 5244). For the same reasons the Court set forth in Evidentiary Motions Order No. ("EMO") 2 (ECF No. 4129), EMO 8 (ECF No. 4617), and Dispositive Motions Order No. 12 (ECF No. 4841), the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion.

**IT IS SO ORDERED.**

1-19-2020
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE