2:17-cv-998
Travis and Julie Abbott
v.
E. I. du Pont de Nemours and Company

*and*

2:18-cv-136
Angela and Teddy Swartz
v.
E. I. du Pont de Nemours and Company

## Jury Trial Day 22
## Tuesday, February 26, 2020
## before Judge Edmund A. Sargus, Jr.

For Plaintiffs:   F. Jerome Tapley, Jon Conlin, Mitchell Theodore and Nina Herring
For Defendant: D. Patrick Long, Damond Mace, Aneca Lasley, Robert Fehrenbacher and John Burlingame
Court Reporter: Darla Coulter, Allison Kimmel, Lahana DuFour and Shawna Evans
Courtroom Deputy:  Christin Werner


Closing arguments by plaintiffs (Tapley and Conlin).
Closing arguments by defendant (Lasley, Burlingame and Mace).
Rebuttal by plaintiffs (Tapley).

Jury Instructions to begin at 9:00 a.m. February 27, 2020.