2:17-cv-998
Travis and Julie Abbott
v.
E. I. du Pont de Nemours and Company

***and***

2:18-cv-136
Angela and Teddy Swartz
v.
E. I. du Pont de Nemours and Company

## Jury Trial Day 24
## Friday, February 28, 2020
## before Judge Edmund A. Sargus, Jr.

For Plaintiffs:  F. Jerome Tapley, Jon Conlin, Mitchell Theodore and Nina Herring
For Defendant: D. Patrick Long, Damond Mace, Aneca Lasley, Robert Fehrenbacher and John Burlingame
Court Reporter: Darla Coulter, Allison Kimmel, Lahana DuFour and Shawna Evans
Courtroom Deputy:  Christin Werner

9:00 a.m. -12:00 p.m. Jury deliberations continue.  A series of questions were asked and answered by the Court.  One juror testified.

Jury to return on Monday, March 2, 2020 at 9:00 a.m. to continue deliberations.