UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRAVIS AND JULIE ABBOTT,

    Plaintiffs,

CASE NO. 2:17-cv-998

JUDGE EDMUND A. SARGUS, JR.

E.I. DU PONT DE NEMOURS
AND COMPANY,

    Defendant.

## JURY VERDICT FORM

1. Do you find in favor of Mr. Abbott on his claim related to his 1994 cancer?

    Yes: ✓
    No: ____

(All must agree)

2. Do you find in favor of Mr. Abbott on his claim related to his 2015 cancer?

    Yes: ✓
    No: ____

(All must agree)

If your answer to Question 1 and/or 2 is "Yes," then answer the following question.
If your answer to Question 1 and 2 is "No," do not answer the following question.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRAVIS AND JULIE ABBOTT,**

    **Plaintiffs,**

CASE NO. 2:17-cv-998

JUDGE EDMUND A. SARGUS, JR.

**E.I. DU PONT DE NEMOURS AND COMPANY,**

    **Defendant.**

### JURY VERDICT FORM FOR LOSS OF CONSORTIUM CLAIM

1. If you found in favor of Mr. Abbott on his claim related to his 1994 cancer, do you find in favor of Mrs. Abbott on her loss of consortium claim?

    Yes: _____
    No: ✓

(All must agree)

2. If you found in favor of Mr. Abbott on his claim related to his 2015 cancer, do you find in favor of Mrs. Abbott on her loss of consortium claim?

    Yes: ✓
    No: _____

(All must agree)

If your answer to Question 1 and/or 2 is "Yes," then answer the following question.
If your answer to Question 1 and 2 is "No," do not answer the following question.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRAVIS AND JULIE ABBOTT,

    Plaintiffs,

E.I. DU PONT DE NEMOURS
AND COMPANY,

    Defendant.

CASE NO. 2:18-cv-136

JUDGE EDMUND A. SARGUS, JR.

## JURY INTERROGATORY

Answer this interrogatory only if you found in favor of Mr. Abbott on his claim and awarded him compensatory damages.

Do you find that Mr. Abbott or Mrs. Abbott has proven by clear and convincing evidence that DuPont acted with actual malice and that Mr. Abbott or Mrs. Abbott has presented proof of actual damages that resulted from those acts or failures to act of DuPont? ("Actual malice" means a conscious disregard for the rights and safety of other persons that has a great probability of causing substantial harm.)

Yes: _____
No: ___✓___

(All must agree)

3. If you found in favor of Mr. Abbott on either of his claims, what damages, if any, do you find Mr. Abbott is entitled to?

$ 40,000,000

(All must agree)

3. If you found in favor of Mrs. Abbott on either of her claims, what damages, if any, do you find Mrs. Abbott is entitled to?

$ 10,000,000

(All must agree)