IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-MD-2433 |
| | JUDGE EDMUND A. SARGUS, JR. |
| This document relates to: | CHIEF MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| *Travis and Julie Abbott v. E. I. du Pont de Nemours and Company*, Case No. 2:17-cv-00998 | |

## ORDER

Upon consideration of DuPont's Unopposed Motion for Stay and Approval of Supersedeas Bond, the Court **GRANTS** DuPont's Motion, approves the supersedeas bond, and stays the execution of the Court's April 7, 2020 judgment and the April 17, 2020 Order entering the parties' Stipulation on prejudgment interest during the pendency of any post-trial motions and any subsequent appeal and appellate proceedings.

**IT IS SO ORDERED.**

4-29-20
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE