UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

        Civil Action 2:13-md-2433
        JUDGE EDMUND A. SARGUS, JR.
        Magistrate Judge Elizabeth Preston Deavers

**This document relates to:** *Travis and Julie Abbott v. E. I. du Pont de Nemours and Company*, **Case No. 2:17-cv-998.**

## DISPOSITIVE MOTIONS ORDER NO. 39

This matter is before the Court on Plaintiffs' Motion for Judgment as a Matter of Law (ECF No. 167) and Defendants' Motion for Judgment as a Matter of Law (ECF No. 169). These motions reflect the parties' requests made in open court during the trial in this matter. Plaintiffs moved for judgment on the issue of the statute of limitations and Defendant moved for judgement on all of Plaintiffs' claims. Both parties moved under Rule 50 of the Federal Rules of Civil Procedure. For the reasons set forth on the record during trial, the Court **GRANTS** Plaintiffs' Motion (ECF No. 167) and **DENIES** Defendant's Motion (ECF No. 169).

    **IT IS SO ORDERED.**

**9/8/2020**                                                     **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**