IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | CASE NO. 2:13-md-2433 <br><br> JUDGE EDMUND A. SARGUS, JR. <br><br> MAGISTRATE JUDGE ELIZABETH P. DEAVERS |

**This document relates to:**
<u>Travis Abbott and Julie Abbott v. E. I. du Pont de Nemours and Company</u>
<u>Case No. 2:17-cv-998</u>

## AMENDED JUDGMENT ORDER

This action came before the Court for a trial by jury. The jury rendered its verdict on or about March 2, 2020 in favor of Plaintiff Travis Abbott on his negligence claims relating to his 1994 and 2015 cancers, and in favor of Julie Abbott on her loss of consortium claim relating to Mr. Abbott's 2015 cancer (ECF 181, 183). The jury found damages for Travis Abbott in the amount of $40,000,000, and damages for Julie Abbott in the amount of $10,000,000 (ECF 183). A clerk's judgment on the verdict was entered on April 7, 2020 (ECF 230). Post-trial motions were timely filed by DuPont.

Following Plaintiffs' Motion for Prejudgment Interest (ECF 228), the Parties agreed to a stipulation regarding prejudgment interest (ECF 231), entered by the Court on April 17, 2020 (ECF 232). Following briefing on the post-trial motions, the Court granted Defendant's request to apply the Ohio Tort Reform Act to the damages awarded to Julie Abbott, thereby lowering her award from $10,000,000 to $250,000, and denied Defendant's Motion for Remittitur or a New Trial with respect to Travis Abbott's award of $40,000,000. (ECF 245.); (*see* ECF 246) (clerk's judgment in favor of Plaintiffs). The Parties have subsequently entered into an amended stipulation to

prejudgment interest of $4,343,013.69 on Travis Abbott's award and $27,143.84 on Julie Abbott's reduced award.

Based on the foregoing, it is hereby ORDERED and ADJUDGED that:

1. Travis Abbott shall recover from Defendant $40,000,000 on his claims for negligence; stipulated prejudgment interest in the amount of $4,343,013.69; and post judgment interest as determined by 28 U.S.C. § 1961, on the sum of the award and stipulated prejudgment interest, computed daily and compounded annually, from April 7, 2020 until paid.

2. Julie Abbott shall recover from Defendant $250,000 on her claim for loss of consortium; stipulated prejudgment interest in the amount of $27,143.84; and post judgment interest as determined by 28 U.S.C. § 1961, on the sum of the award and stipulated prejudgment interest, computed daily and compounded annually, from April 7, 2020 until paid.

**IT IS SO ORDERED.**

Date: 4/26/2021

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE